UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | Case No. 3:06-cr-68 |
| v. | ) | Judge Phillips |
| | ) | |
| TROY GENE SHOEMAKER, JR. | ) | |

## AGREED ORDER TO AMEND JUDGMENT

The parties having determined that the restitution amount set forth in the judgment in this case, $1,700.00, is in error, and that said error is a clerical mistake, and by agreement of the parties and for good cause shown pursuant to Rule 36 of the Federal Rules of Criminal Procedure, it is hereby **ORDERED** that the judgment in this case be amended to reflect a total restitution amount of $1,300.20 payable to the Alcoa Tennessee Federal Credit Union.

ENTER:

*Thomas H. Phillips*
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

JAMES R. DEDRICK
United States Attorney


By: s/ *Tracy L. Stone*
    TRACY L. STONE
    Assistant United States Attorney


    s/ *James W. Bell*
    JAMES W. BELL
    Attorney for Defendant Shoemaker